# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| THE SEAFARERS PENSION PLAN, derivatively on behalf of BANK OF AMERICA CORPORATION and BANK OF AMERICA, N.A., | § § § § | No. 468, 2024 |
| | § § | Court Below–Court of Chancery of the State of Delaware |
| Plaintiff Below/Appellant, | § § | |
| | § | |
| v. | § | C.A No. 2023-0787 |
| | § | |
| BRIAN T. MOYNIHAN, LIONEL L. NOWELL III, SHARON L. ALLEN, JOSÉ E. ALMEIDA, FRANK P. BRAMBLE, SR., PIERRE J. P. DE WECK, ARNOLD W. DONALD, LINDA P. HUSON, MONICA C. LOZANO, DENISE L. RAMOS, CLAYTON S. ROSE, MICHAEL D. WHITE, THOMAS D. WOODS, MARIA T. ZUBER, JACK O. BOVENDER, JR., SUSAN S. BIES, THOMAS J. MAY, R. DAVID YOST, ALASTAIR BORTHWICK, GEOFFREY S. GREENER, LAUREN MOGENSEN, DEAN C. ATHANASIA, PAUL M. DONOFRIO, and THOMAS K. MONTAG, | § § § § § § § § § § § § § § § § § § | |
| Defendants Below/Appellees, | § § | |
| and | § § | |
| BANK OF AMERICA CORPORATION and BANK OF AMERICA, N.A., | § § § | |
| Nominal Defendants Below/Appellees. | § § | |

Submitted: June 18, 2025
Decided: July 14, 2025

Before **SEITZ**, Chief Justice; **VALIHURA**, **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices, constituting the Court *en Banc*.

## <u>ORDER</u>

After careful consideration of the parties' briefs and the record on appeal, and following oral argument, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Court of Chancery's telephonic ruling on defendants' motion to dismiss dated October 11, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice